# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TZEW HOLDCO LLC, *et al.*,[1] | Case No. 20-10910 (CSS) |
| Debtors | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The **Texas Comptroller of Public Accounts ("Comptroller")** hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

> E. Stuart Phillips
> Assistant Attorney General
> bk-sphillips@oag.texas.gov
> c/o Sherri K. Simpson, Paralegal
> sherri.simpson@oag.texas.gov
> Attorney General's Office
> Bankruptcy & Collections Division
> P.O. Box 12548
> Austin, TX  78711-2548

The **Comptroller** respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: 18575 Jamboree Road, Suite 600, Irvine, CA 92612

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ E. Stuart Phillips
E. Stuart Phillips
Assistant Attorney General
Texas State Bar No. 15923600
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel:  (512) 475-4562
fax:  (512) 936-1409

**COUNSEL FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

**CERTIFICATE OF SERVICE**

      I certify that on April 17, 2020, a true copy of the foregoing will be mailed by first class mail to:

TZEW Holdco LLC
18575 Jamboree Road, Suite 600
Irvine, CA 92612

And the foregoing notice was served on April 16, 2020, Electronic Means as listed on the Court's ECF Noticing System on:

- **Dustin Parker Branch** branchd@ballardspahr.com, carolod@ballardspahr.com; ZarnighianN@ballardspahr.com; simonjm@ballardspahr.com
- **Timothy P. Cairns** tcairns@pszjlaw.com
- **EScribers, LLC** operations@escribers.net
- **David A. Fidler** dfidler@ktbslaw.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, PHXDocketingbkr@ballardspahr.com;hartt@ballardspahr.com; rubins@ballardspahr.com
- **Sasha M. Gurvitz** sgurvitz@ktbslaw.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, ambroses@ballardspahr.com
- **Laura Davis Jones** ljones@pszjlaw.com, efile1@pszjlaw.com
- **Laura Davis Jones** ljones@pszjlaw.com
- **Albert Kass** ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- **Kurtzman Carson Consultants LLC** info@kccllc.com, ecfpleadings@kccllc.com
- **Maxim B. Litvak** mlitvak@pszjlaw.com
- **Brian J. McLaughlin** bmclaughlin@monlaw.com
- **Rachel B. Mersky** rmersky@monlaw.com
- **Michael R. Nestor** bankfilings@ycst.com
- **Robert F. Poppiti, Jr.** bankfilings@ycst.com
- **Linda Richenderfer** Linda.Richenderfer@usdoj.gov
- **Laurel D. Roglen** roglenl@ballardspahr.com, ambroses@ballardspahr.com
- **Michael L. Tuchin** mtuchin@ktbslaw.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Jonathan M Weiss** jweiss@ktbslaw.com
- **Helen Elizabeth Weller** dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

                                          /s/ Sherri K. Simpson
                                          Sherri K. Simpson