## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TZEW HOLDCO LLC, *et al.*,[1] | : | Case No. 20-10910 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Klehr Harrison Harvey Branzburg LLP hereby appears on behalf of BK of Destin, Inc.

Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon each Counsel, at the addresses, telephone, and email addresses set forth below:

> Raymond H. Lemisch, Esquire
> Klehr Harrison Harvey Branzburg LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801-3062
> Phone: 302-426-1189
> Fax: 302-426-9193
> Email: rlemisch@klehr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: 18575 Jamboree Road, Suite 600, Irvine, CA 92612.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of BK of Destin, Inc., including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which BK of Destin, Inc. may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**KLEHR HARRISON HARVEY
BRANZBURG LLP**

Dated:  April 20, 2020          By:     /s/ *Raymond H. Lemisch*
Raymond H. Lemisch, Esquire
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Tele: 302-426-1189
Fax: 302-426-9193
Email:  rlemisch@klehr.com

*Counsel to BK of Destin, Inc.*

PHIL1 8829858v.1