**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TZEW HOLDCO LLC, *et al.*,[1] | ) ) ) | Case No. 20-10910 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR APRIL 30, 2020 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE VIA ZOOM,
PARTIES SHOULD USE THE FOLLOWING INSTRUCTIONS:**

**Join Zoom Hearing: https://www.zoomgov.com/j/1609918924**

**Meeting ID: 160 991 8924**

**TO APPEAR TELEPHONICALLY VIA COURTCALL, PARTIES MUST MAKE PRIOR ARRANGEMENTS WITH COURTCALL BY
TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946)**

---

**MATTER GOING FORWARD:**

1. Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1, 2016-1 and 2016-2, for Entry of an Order (A) Authorizing the Employment and Retention of Imperial Capital, LLC as Investment Banker and Financial Advisor to the Debtors Effective as of the Petition Date,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: 18575 Jamboree Road, Suite 600, Irvine, CA 92612.

and (B) Waiving Information Requirements of Local Rule 2016-2(d) [Filed: 4/13/20] ([Docket No. 41](#)).

Response Deadline:  April 28, 2020, at 10:00 a.m. *(extended until April 29, 2020, at 10:00 a.m. for the Office of the United States Trustee)*

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a. [Proposed] Order (A) Authorizing the Employment and Retention of Imperial Capital, LLC as Investment Banker and Financial Advisor to the Debtors Effective as of the Petition Date, and (B) Waiving Information Requirements of Local Rule 2016-2(d) [Filed: 4/13/20] ([Docket No. 41, Exhibit A](#)).

b. Supplemental Declaration of Robert Warshauer In Support of Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1, 2016-1 and 2016-2, for Entry of an Order (A) Authorizing the Employment and Retention of Imperial Capital, LLC as Investment Banker and Financial Advisor to the Debtors Effective as of the Petition Date, and (B) Waiving Information Requirements of Local Rule 2016-2(d) [Filed: 4/16/20] ([Docket No. 83](#)).

Status:  This hearing will go forward.  The Debtors are working through informal comments to the Imperial retention application and hope to submit a revised version of the order under certification of counsel in advance of the hearing.

Dated: April 28, 2020               **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

Proposed Counsel to the Debtors and Debtors in Possession