# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TZEW HOLDCO LLC, *et al.*,[1] | ) Case No. 20-10910 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEBTORS' CHANGE OF ADDRESS

TO:     (a) the Office of the U.S. Trustee for the District of Delaware; (b) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel the agent under the Debtors' postpetition credit facility; (d) counsel to the agent under the Debtors' prepetition revolving and term loan credit facility; (e) counsel to the Official Committee of Unsecured Creditors; (f) the United States Attorney's Office for the District of Delaware; (g) the Internal Revenue Service; and (h) any party that requests service pursuant to Bankruptcy Rule 2002

               **PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Bankr. P. 4002(a)(5), the

above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby state and

give notice that the address for the Debtors has changed as follows:

**Previous Address**:

18575 Jamboree Road, Suite 600
Irvine, CA 92612

**New Address**:

3405 Michelson Drive
Irvine CA 92612

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: 3405 Michelson Drive, Irvine CA 92612.

Dated:  April 29, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

Proposed Counsel to the Debtors and Debtors in
Possession