# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TZEW HOLDCO LLC, *et al.*,[1] | ) | Case No. 20-10910 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Docket Ref. No. 173** |

**NOTICE OF WITHDRAWAL OF SUPPLEMENTAL DECLARATION OF ANDREW GRAISER IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(A) AND 328(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(A) AND 2016 AND LOCAL BANKRUPTCY RULES 2014-1, 2016-1 AND 2016-2, FOR ENTRY OF AN ORDER AUTHORIZING THEM TO RETAIN AND REMPLOY A&G REALTY PARTNERS, LLC AS THEIR REAL ESTATE CONSULTANT AND ADVISOR EFFECTIVE AS OF THE PETITION DATE AND TO WAIVE THE <u>INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2(D) [DOCKET NO. 173]</u>**

**PLEASE TAKE NOTICE** that Debtors, TZEW Holdco, *et al*. in the above-captioned case hereby withdraws the Supplemental Declaration of Andrew Graiser in Support of Application of Debtors and Debtors in Possession Pursuant to Sections 327(A) and 328(A) of the Bankruptcy Code, Bankruptcy Rules 2014(A) and 2016 and Local Bankruptcy Rules 2014-1, 2016-1 and 2016-2, for Entry of an Order Authorizing Them to Retain and Employ A&G Realty Partners, LLC as Their Real Estate Consultant and Advisor Effective as of the Petition Date and to Waive the Information Requirements of Local Rule 2016-2(D) filed with the United States Bankruptcy Court for the District of Delaware on May 4, 2020.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: 18575 Jamboree Road, Suite 600, Irvine, CA 92612.

| | |
|---|---|
| Dated: May 5, 2020 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Timothy P. Cairns* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |        dbertenthal@pszjlaw.com |
| |        tcairns@pszjlaw.com |
| | |
| | Proposed Counsel to the Debtors and Debtors in Possession |