## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| TZEW HOLDCO LLC, *et al.*,[1] | ) Case No. 20-10910 (CSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) Document Reference: 227 |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT STIPULATION (I) PROVIDING ALFRED J. JOHNSON LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT ACTION AGAINST DEBTORS AND RECOVER SOLELY FROM AVAILABLE INSURANCE PROCEEDS AND (II) WAIVER OF RECOVERY OF CLAIM AGAINST THE DEBTORS AND THEIR ESTATES**

Upon the parties' Stipulation for Granting Relief from Stay, filed herein,

IT IS ORDERED THAT 11 U.S.C. § 362 automatic stay shall be lifted in favor of Alfred J. Johnson effective immediately.

IT IS FURTHER ORDERED that the automatic stay pursuant 11 U.S.C. § 362(d) of the Bankruptcy Code is immediately modified and lifted, to permit Movant Alfred J. Johnson to pursue prosecution of his personal injury claims against Apex Parks Group, LLC in State Court to final judgment or other negotiated resolution; and

IT IS FURTHER ORDERED that Alfred J. Johnson be allowed to collect on his claims via a negotiated resolution or judgment from any and all available insurance policy proceeds.

Dated: June 11th, 2020

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Apex Parks Group, LLC (5579); Apex Real Property Holding s, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058).  The location of the Debtors' service address in these chapter 11 cases is: 3405 Michelson Drive, Irvine CA 92612.

DOCS_DE:228822.1 04420/001