# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TZEW HOLDCO LLC, *et al.*,[1] | Case No. 20-10910 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Carrie Hernandez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 19, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Monthly Staffing Report by Paladin Management Group, LLC and Scott Avila as Chief Restructuring Officer to the Debtors for Compensation Earned and Expenses Incurred for the Period of May 1, 2020 Through May 31, 2020** [Docket No. 329]

Dated: June 26, 2020

/s/ Carrie Hernandez
Carrie Hernandez
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); TZEW Intermediate Corp. (1058); and Apex Beverage and Concessions, LLC (5207). The location of the Debtors' service address in these chapter 11 cases is: 18575 Jamboree Road, Suite 600, Irvine, CA 92612.

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | 18691 Jamboree Road Tenant LLC | | help@wework.com |
| Top 30 | Accordion Partners LLC | Herb Cohen, CEO | billings@accordion.com |
| Top 30 | Adaptive Insights, Inc. | Jennie Wilstead Fay | jwilstead@adaptiveinsights.com |
| Top 30 | AFCO Insurance Premium Financing | Rolin Salinas, Bob Pinkerton President - CEO | promptservice@afco.com |
| Counsel to Alfred J. Johnson | Alfred J. Johnson | Vivian A Houghton | bankruptcy@vivianhoughton.com |
| Top 30 | Amuse LLC | Attn Brandon Paul | brandon@amuserides.com |
| Counsel to The Texas Comptroller of Public Accounts | Attorney General's Office, Bankruptcy & Collections Division | E Stuart Phillips, Assistant Attorney General | bk-sphillips@oag.texas.gov |
| Counsel to California Physicians' Service dba Blue Shield of California | Austria Legal, LLC | Matthew P Austria | maustria@austriallc.com |
| Counel to Broadspire Services, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Kevin A Stine | kstine@bakerdonelson.com |
| Counsel to STORE Master Funding VII, LLC | Ballard Spahr LLP | Craig S Ganz, Katherine E Anderson Sanchez | ganzc@ballardspahr.com; andersonsanchezk@ballardspahr.com |
| Counsel to The Krausz Companies, Inc. | Ballard Spahr LLP | Dustin P Branch, Jessica M Simon, Nahal Zarnighian | branchd@ballardspahr.com; simonjm@ballardspahr.com; zarnighiann@ballardspahr.com |
| Counsel to STORE Master Funding VII, LLC and The Krausz Companies, Inc. | Ballard Spahr LLP | Leslie C Heilman, Laurel D Roglen | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| Counsel to Comcast Cable Communications Management, LLC | Ballard Spahr LLP | Matthew G Summers, Chantelle D McClamb | summersm@ballardspahr.com; mcclambc@ballardspahr.com |
| Counsel to Carolyn B. Huish Properties, a California limited partnership; John M. Huish, as Trustee of the Huish Land Trust (dated May 24, 1984), and Katherine Jo Huish | Best Best & Krieger LLP | Caroline Djang | caroline.djang@bbklaw.com |
| Top 30 | BK of Destin Inc | George Brown | wingshooter@cox.net |
| Top 30 | BMI - Broadcast Music Inc. | Rachel Craver, Mike O'Neill - President | rcraver@bmi.com |
| Top 30 / Committee Member | Boca Raton Airport Authority | Ariadna Camilo, Clara Bennett | ariadna@bocaairport.com; clara@bocaairport.com |
| Top 30 | Broadspire Services, Inc. | Jason Hernesman | Jason_Hernesman@choosebroadspire.com |
| Counsel to Oracle America, Inc. | Buchalter, PC | Shawn M Christianson | schristianson@buchalter.com |
| Top 30 | Carolyn B. Huish Properties | Dyke Huish | huishlaw@mac.com |
| Top 30 | Carothers DiSante & Freudenberger LLP | Brian E Cole II | twulffson@cdflaborlaw.com |
| Top 30 | Comcast Cable Communications Management dba Effectv | Alicia Kristy | kristyalicia@trustaltus.com |
| Top 30 | Constellation New Energy, Inc | James McHugh, CEO, Constellation; Executive Vice President, Exelon | CustomerCare@constellation.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Dennis Foland Inc dba Sureshot Redemption Charm Co | | ar@folandgroup.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 | J-Mar Sisk Road Property, LP | Zach DeGough | zach.degough@berberianco.com |
| Top 30 | John M. Huish Properties | Dyke Huish | huishlaw@mac.com |
| Top 30 | Johnson Law Group | Jeffrey W Johnson | jwj@j2law.com |
| Counsel to Boca Raton Airport Authority | Kaplan Kirsch Rockwell | Eric T Smith | esmith@kaplankirsch.com |
| Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Eric R Wilson, Jason R Adams, Lauren S Schlussel, Kayci G Hines | ewilson@kelleydrye.com; jadams@kelleydrye.com; lschlussel@kelleydrye.com; khines@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com |
| Top 30 | KFL Development, LLC | Ashley Sokol, Krausz Puente, Sarah Vaughn | sarah@krauszco.com |
| Counsel to the DIP Agent and Prepetition Agent and Stalking Horse Bidder | Klee, Tuchin, Bogdanoff & Stern LLP | Michael L Tuchin, David A Fidler, Jonathan M Weiss | mtuchin@ktbslaw.com; dfidler@ktbslaw.com; jweiss@ktbslaw.com; sgurvitz@ktbslaw.com |

In re: TZEW HoldCo LLC, et al.
Case No. 20-10910

Page 1 of 2

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to BK of Destin, Inc. | Klehr Harrison Harvey Branzburg LLP | Raymond H Lemisch | rlemisch@klehr.com |
| Top 30 | Krausz Puente, LLC | Attn Krausz Puente | sarah@krauszco.com |
| Apex's California General Liability | Law Offices of Dwayne S Beck and Associates | Dwayne S Beck | dbeck@dbecklaw.com |
| Counsel to Alfred J. Johnson | Law Offices of Julie C Lim | Julie C Lim | julie@limlawfirm.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Top 30 | Livermore Airway Business Park | | tsiewert@tjrinc.com |
| Counel to Broadspire Services, Inc. | McCarter & English, LLP | Kate Roggio Buck | kbuck@mccarter.com |
| Top 30 | McKool Smith, PC | Jamie Huffman | jhuffman@McKoolSmith.com |
| Counsel to McKool Smith, PC | McKool Smith, PC | Michael P Fritz | mfritz@mckoolsmith.com |
| Counsel to Waste Management | Monzack Mersky McLaughlin and Browder, P.A. | Brian J McLaughlin and Rachel B Mersky | bmclaughlin@monlaw.com; rmersky@monlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP | Curtis Miller, Joseph C Barsalona II, Taylor Haga | cmiller@mnat.com; jbarsalona@mnat.com; thaga@mnat.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Top 30 | RB U Ren Equipment | Dana Hartman, Office Manager | dana@rburen.com |
| Counsel to Boca Raton Airport Authority | Schnader Harrison Segal & Lewis LLP | Richard A Barkasy, Kristi J Doughty | rbarkasy@schnader.com; kdoughty@schnader.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel to California Physicians' Service dba Blue Shield of California | Snell & Wilmer L.L.P. | Michael B Reynolds and Andrew Still | mreynolds@swlaw.com; astill@swlaw.com |
| Top 30 / Committee Member | Stemmons Park Ltd | Attn Richard C Dentt | glenda@pacrealty.com |
| Top 30 | Store Master Funding VII, LLC | Christopher H Volk | cvolk@storecapital.com |
| Top 30 | The Ultimate Software Group, Inc | Arlene Rodriguez | ronit_dery@ultimatesoftware.com; michael_ingram@ultimatesoftware.com; maria_tran@ultimatesoftware.com; dan_devine@ultimatesoftware.com |
| Top 30 | Town of Grand Island- Water | Peter Godfrey, Atty | water@grand-island.ny.us; eoneill@grand-island.ny.us |
| Top 30 | Turnstile, Inc. | John Seeker | jseeker@turnstileinc.com |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Cerberus Business Finance, LLC, the DIP Agent, and Prepetition Agent and to the Stalking Horse Bidder | Young Conaway Stargatt & Taylor, LLP | Michael R Nestor, Robert F Poppiti Jr | bankfilings@ycst.com; mnestor@ycst.com; rpoppiti@ycst.com |

In re: TZEW HoldCo LLC, et al.
Case No. 20-10910

Page 2 of 2

# Exhibit B

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 | 18691 Jamboree Road Tenant LLC | | 18575 Jamboree Road | | | Irvine | CA | 92612 |
| Top 30 | Accordion Partners LLC | Herb Cohen, CEO | 31 West 52nd Street 16 Floor | | | New York | NY | 10019 |
| Top 30 | Adaptive Insights, Inc. | Jennie Wilstead Fay | 2400 Geng Rd Ste 200 | | | Palo Alto | CA | 94303 |
| Top 30 | AFCO Insurance Premium Financing | Rolin Salinas, Bob Pinkerton President - CEO | PO Box 4795 | | | Carol Stream | IL | 60197-4795 |
| Top 30 | Amuse LLC | Attn Brandon Paul | 7083 W. Mahogany Road | | | Coeur dAlene | ID | 83814 |
| Counsel to STORE Master Funding VII, LLC | Ballard Spahr LLP | Craig S Ganz, Katherine E Anderson Sanchez | 1 E. Washington St., Suite 2300 | | | Phoenix | AZ | 85004 |
| Counsel to American Express Travel Related Services Co, Inc | Becket & Lee LLP | Shraddha Bharatia | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| Counsel to Carolyn B. Huish Properties, a California limited partnership; John M. Huish, as Trustee of the Huish Land | Best Best & Krieger LLP | Caroline Djang | 18101 Von Karman Avenue, Suite 1000 | | | Irvine | CA | 92612 |
| Top 30 | Betson Imperial Parts & Svc | | 12981 Florence Ave | | | Santa Fe Springs | CA | 90670 |
| Top 30 | BK of Destin Inc | George Brown | 381 West Miracle Strip Pkwy | | | MARY ESTHER | FL | 32569 |
| Top 30 | Blue Shield Of California | Seth Jacobs Esq | PO Box 749415 | | | Los Angeles | CA | 90074-9415 |
| Top 30 | BMI - Broadcast Music Inc. | Rachel Craver, Mike O'Neill - President | PO Box 630893 | | | Cincinnati | OH | 45263-0893 |
| Top 30 / Committee Member | Boca Raton Airport Authority | Ariadna Camilo, Clara Bennett | 903 NW 35th Street | | | Boca Raton | FL | 33431 |
| Top 30 | Broadsky Partners LLC | John P Overbay | 1230 Ave of the Americas | 321081669 | | New York | NY | 10020 |
| Top 30 | Broadspire Services, Inc. | Jason Hernesman | 5335 Triangle Parkway NW | | | Peachtree Corners | GA | 30092 |
| Counsel to Oracle America, Inc. | Buchalter, PC | Shawn M Christianson | 55 Second Street | 17th Floor | | San Francisco | CA | 94105-3493 |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Top 30 | Carolyn B. Huish Properties | Dyke Huish | 33361 Marina Vista | | | Dana Point | CA | 92629 |
| Top 30 | Carothers DiSante & Freudenberger LLP | Brian E Cole II | 18300 Von Karman Ave | Suite 800 | | Irvine | CA | 92612 |
| Prepetition Agent | Cerberus Capital Management, LP | Attn Joseph Naccarato | 875 Third Avenue | | | New York | NY | 10022 |
| Top 30 | Comcast Cable Communications Management dba Effectv | Alicia Kristy | 1701 JFK Boulevard | | | Philadelphia | PA | 19103 |
| Top 30 | Constellation New Energy, Inc | James McHugh, CEO, Constellation; Executive Vice President, Exelon | PO Box 4640 | | | Carol Stream | IL | 60197 |
| DE AG Office | Delaware Attorney General | Matthew Denn | 820 N French St | Carvel State Office Building | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd Suite 100 | | | Dover | DE | 19904 |
| Top 30 | Dennis Foland Inc dba Sureshot Redemption Charm Co | | PO Box 5935 Drawer 2426 | | | Troy | MI | 48007-5935 |
| EPA Headquarters | Environmental Protection Agency | Office of General Counsel | 1200 Pennsylvania Avenue NW 2310A | US EPA William Jefferson Clinton Bldg South -WJC South | | Washington | DC | 20004 |
| State Attorney General | Florida Attorney General | Attn Bankruptcy Department | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 |
| Counsel to Sandy Espinoza | Greenberg & Walden, LLC | Attn Marvin R Walden | 425 59th Street | | | West New York | NJ | 07093 |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |

In re: TZEW HoldCo LLC, et al.
Case No. 20-10910

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 | J-Mar Sisk Road Property, LP | Zach DeGough | 515 Lyell Drive, Suite 101 | | | Modesto | CA | 95356 |
| Top 30 | John M. Huish Properties | Dyke Huish | 33361 Marina Vista | | | Dana Point | CA | 92629 |
| Top 30 | Johnson Law Group | Jeffrey W Johnson | 370 West Camino Gardens Blvd | Suite 402 | | Boca Raton | FL | 33432 |
| Counsel to Boca Raton Airport Authority | Kaplan Kirsch Rockwell | Eric T Smith | 1634 I (Eye) Street, NW | Suite 300 | | Washington | DC | 20006 |
| Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Eric R Wilson, Jason R Adams, Lauren S Schlussel, Kayci G Hines | 101 Park Avenue | | | New York | NY | 10178 |
| Counsel to Ranpu Chen | Kelley Fulton & Kaplan, PL | Craig I. Kelley | 1665 Palm Beach Lakes Blvd | The Forum - Suite 1000 | | West Palm Beach | FL | 33401 |
| Top 30 | KFL Development, LLC | Ashley Sokol, Krausz Puente, Sarah Vaughn | 44 Montgomery Street | Suite 2388 | | San Francisco | CA | 94104 |
| Counsel to the DIP Agent and Prepetition Agent and Stalking Horse Bidder | Klee, Tuchin, Bogdanoff & Stern LLP | Michael L Tuchin, David A Fidler, Jonathan M Weiss | 1999 Avenue of the Stars | 39th Floor | | Los Angeles | CA | 90067 |
| Top 30 | Krausz Puente, LLC | Attn Krausz Puente | 44 Montgomery Street Suite 2388 | | | San Francisco | CA | 94104 |
| Counsel to Alfred J. Johnson | Law Offices of Julie C Lim | Julie C Lim | 714 W. Olympic Blvd | Suite 900 | | Los Angeles | CA | 90015 |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 |
| Top 30 | Livermore Airway Business Park | | 3375 Scott Blvd | Suite 308 | | Santa Clara | CA | 95054 |
| Top 30 | McKool Smith, PC | Jamie Huffman | 300 Crescent Court | Suite 1500 | | Dallas | TX | 75201 |
| Counsel to McKool Smith, PC | McKool Smith, PC | Michael P Fritz | 300 Crescent Court, Suite 1500 | | | Dallas | TX | 75201 |
| Counsel to the Official Committee of Unsecured Creditors | Morris, Nichols, Arsht & Tunnell LLP | Curtis Miller, Joseph C Barsalona II, Taylor Haga | 1201 N. Market St., 16th Floor | | | Wilmington | DE | 19899-1347 |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| State Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda Richenderfer | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Top 30 | RB U Ren Equipment | Dana Hartman, Office Manager | 1120 Connecting Road | | | Niagara Falls | NY | 14304 |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to California Physicians' Service dba Blue Shield of California | Snell & Wilmer L.L.P. | Michael B Reynolds and Andrew Still | 600 Anton Boulevard, Suite 1400 | | | Costa Mesa | CA | 92626-7689 |
| Top 30 / Committee Member | Stemmons Park Ltd | Attn Richard C Dentt | 3838 Camino Del Rio No 300N | | | San Diego | CA | 92108 |
| Committee Member | Store Master Funding VII, LLC | Attn Lyena Hale | 8377 E. Hartford Drive, Suite 100 | | | Scottsdale | AZ | 85255 |
| Top 30 | Store Master Funding VII, LLC | Christopher H Volk | 8501 E. Princess Drive | Suite 190 | | Scottsdale | AZ | 85255 |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| Top 30 | The Ultimate Software Group, Inc | Arlene Rodriguez | 2000 Ultimate Way | | | Weston | FL | 33326 |
| Top 30 | Town of Grand Island- Water | Peter Godfrey, Atty | 2255 Baseline Rd. | | | Grand Island | NY | 14072 |
| Top 30 | Turnstile, Inc. | John Seeker | 2002 Academy Lane, Suite 100 | | | Dallas | TX | 75234 |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| United States Department of Justice | United States Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 |
| Counsel to Cerberus Business Finance, LLC, the DIP Agent, and Prepetition Agent and to the Stalking Horse Bidder | Young Conaway Stargatt & Taylor, LLP | Michael R Nestor, Robert F Poppiti Jr | 1000 North King Street | Rodney Square | | Wilmington | DE | 19801 |

In re: TZEW HoldCo LLC, et al.
Case No. 20-10910

Page 3 of 3