**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TZEW HOLDCO LLC, *et al.*,[1] | ) ) | Case No. 20-10910 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR OCTOBER 8, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE VIA ZOOM,
PARTIES SHOULD USE THE FOLLOWING INSTRUCTIONS:**

**Topic: TZEW 20-10910 Hearing
Time: October 8, 2020 at 10:00 a.m. Eastern Time (US and Canada)**

**Join Zoom Hearing: https://debuscourts.zoomgov.com/j/1609918924**

**Meeting ID: 160 991 8924**

**Password: 004857**

**TO APPEAR TELEPHONICALLY VIA COURTCALL, PARTIES MUST MAKE PRIOR ARRANGEMENTS WITH COURTCALL BY
TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PP Group, LLC (5579); PP Property Holdings, LLC (1013); PP Parks Beverage Company, LLC (2339); PP Parks Holdings, LLC (7913); PP Parks Management, LLC (2937); TZEW Holdco LLC (0252); TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: c/o Paladin Management, 633 W. 5th Street, 28th Floor, Los Angeles, CA 90071.

**RESOLVED MATTERS:**

1. Debtors' Fourth Omnibus Motion Seeking Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Granting Related Relief [Filed: 8/21/20] (Docket No. 404).

    Response Deadline:  September 11, 2020, at 4:00 p.m. ET

    Responses Received:  None.

    Related Documents:

    a. [Signed] Order Authorizing Rejection of Certain Executory Contracts and Granting Related Relief [Filed: 6/16/20] (Docket No. 435).

    Status: The order has been entered.  No hearing is necessary.

2. [Filed Under Seal] Motion of Protective Life Insurance Company for Confirmation of the Scope of the Automatic Stay, or, Alternatively, Relief from the Automatic Stay [Filed: 9/1/20] (Docket No. 408).

    Response Deadline:  September 15, 2020, at 4:00 p.m. ET

    Responses Received:  Informal comments from the Office of the United States Trustee.

    Related Documents:

    b. [Redacted] Motion of Protective Life Insurance Company for Confirmation of the Scope of the Automatic Stay, or, Alternatively, Relief from the Automatic Stay [Filed: 9/1/20] (Docket No. 409)

    b. [Signed] Order Pursuant to 11 U.S.C. §§ 105 and 107, Fed. R. Bankr. 9018, and De. Bankr. L.R. 9018-1 Authorizing Protective Life Insurance Company to File Under Seal Certain Exhibits to the Motion of Protective Life Insurance Company for Confirmation of the Scope of the Automatic Stay, or, Alternatively, Relief from the Automatic Stay [Filed: 9/17/20] (Docket No. 439).

    c. [Signed] Order Granting Motion for Confirmation of the Scope of the Automatic Stay, or, Alternatively, Relief from the Automatic Stay [Filed: 9/17/20] (Docket No. 438).

    Status: The order has been entered.  No hearing is necessary.

3.  Motion of Moses Grossman, Individually, and as Administrator of the Estate of H.G., Deceased, for Relief From the Automatic Stay to Pursue State Court Action Against Debtors [Filed: 9/17/20] (Docket No. 441).

    Response Deadline: October 1, 2020 at 4:00 p.m. ET *(extended to a date to be determined for the Debtors)*

    Responses Received: None.

    Related Documents:

    a.  [Proposed] Order Granting Motion of Moses Grossman, Individually, and as Administrator of the Estate of H.G., Deceased, for Relief From the Automatic Stay to Pursue State Court Action Against Debtors [Filed: 9/17/20] (Docket No. 441, Exhibit A).

    b.  Certification of Counsel Regarding Order Granting Moses Grossman, Individually, and as Administrator of the Estate of H.G., Deceased, for Relief from the Automatic Stay to Pursue State Court Action Against Debtors [Filed: 10/6/20] (Docket No. 450).

    Status: This matter has been resolved and a revised order has been submitted under certification of counsel. No hearing is necessary unless the Court has questions.

## QUARTERLY FEE APPLICATIONS:

4.  Quarterly Fee Applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of those quarterly fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

    Responses Received: None.

    Related Documents:

    a.  Certification of Counsel Regarding Omnibus Order Approving Interim Fee Applications for Compensation and Reimbursement of Expenses [Filed: 10/6/20] (Docket No. 449)

        (i)  [Proposed] Omnibus Order Approving Interim Fee Applications for Compensation and Reimbursement of Expenses [Filed: 10/6/20] (Docket No. 449 Exhibit 1)

3

<u>Status:</u> This matter will go forward.

Dated: October 6, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession