# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TZEW HOLDCO LLC, *et al.*,[1] | ) ) | Case No. 20-10910 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 458** |

## CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors In Possession for the Period From June 1, 2020 Through June 30, 2020* (the "Application") [Docket No. 458] filed on October 12, 2020.  The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon.  Pursuant to the *Notice of Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors In Possession for the Period From June 1, 2020 Through June 30, 2020* (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); and TZEW Intermediate Corp. (1058).   The location of the Debtors' service address in these chapter 11 cases is: 3405 Michelson Drive, Irvine, CA 92612.

DOCS_DE:230337.3 04420/001

"Notice") [Docket No. 458], responses to the Application were to be filed and served no later than November 2, 2020 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 324] the Debtors are authorized to pay Kurtzman Carson Consultants LLC $83,540.00, which represents 80% of the fees ($104,425.00) and $3,882.62, which represents 100% of the expenses requested in the Application for the period June 1, 2020 through June 30, 2020 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: November 3, 2020           **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession