IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TZEW HOLDCO LLC, *et al.*,[1] | ) | Case No. 20-10910 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 460** |

# ORDER GRANTING
## FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 8, 2020 THROUGH JUNE 30, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the Debtors and Debtors in Possession in the above-captioned cases, filed its First Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from April 8, 2020 through June 30, 2020 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Apex Parks Group, LLC (5579); Apex Real Property Holdings, LLC (1013); Speedzone Beverage Company, LLC (2339); Speedzone Holdings, LLC (7913); Speedzone Management, LLC (2937); TZEW Holdco LLC (0252); TZEW Intermediate Corp. (1058); and Apex Beverage and Concessions, LLC (5207). The location of the Debtors' service address in these chapter 11 cases is: 3405 Michelson Drive, Irvine CA 92612.

ORDERED that the First Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $891,677.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $24,357.12, for a total of $916,034.62 for services rendered and disbursements incurred by PSZ&J, for the period April 8, 2020 through June 30, 2019, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 16th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE