# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

T. Scott Avila
Chief Restructuring Officer
Apex Parks Group LLC
27061 Aliso Creek Rd. ste. 100
Aliso Viejo, CA 92656

October 31, 2020
Invoice   126472
Client     04420
Matter    00001
           **LDJ**

RE:  Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   10/31/2020

| | |
|---|---:|
| FEES | $48,161.50 |
| EXPENSES | $706.15 |
| **TOTAL CURRENT CHARGES** | **$48,867.65** |
| **BALANCE FORWARD** | **$320,479.99** |
| **TOTAL BALANCE DUE** | **$369,347.64** |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:    2  
Invoice 126472  
October 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 350.00 | 1.00 | $350.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 395.00 | 3.40 | $1,343.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 350.00 | 0.60 | $210.00 |
| DMB | Bertenthal, David M. | Partner | 1075.00 | 13.50 | $14,512.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 350.00 | 1.10 | $385.00 |
| LDJ | Jones, Laura Davis | Partner | 1295.00 | 11.30 | $14,633.50 |
| MBL | Litvak, Maxim B. | Partner | 950.00 | 0.30 | $285.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 425.00 | 19.00 | $8,075.00 |
| RJG | Gruber, Richard J. | Counsel | 1125.00 | 0.50 | $562.50 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 350.00 | 0.60 | $210.00 |
| TPC | Cairns, Timothy P. | Partner | 775.00 | 5.70 | $4,417.50 |
| WLR | Ramseyer, William L. | Counsel | 775.00 | 4.10 | $3,177.50 |
| | | | | 61.10 | $48,161.50 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001  

Page:   3  
Invoice 126472  
October 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.70 | $777.50 |
| BL | Bankruptcy Litigation [L430] | 12.60 | $12,333.00 |
| CA | Case Administration [B110] | 15.10 | $6,185.00 |
| CO | Claims Admin/Objections[B310] | 0.50 | $537.50 |
| CP | Compensation Prof. [B160] | 10.30 | $6,477.00 |
| CPO | Comp. of Prof./Others | 3.80 | $2,070.00 |
| GB | General Business Advice [B410] | 11.60 | $13,394.00 |
| LN | Litigation (Non-Bankruptcy) | 1.90 | $2,042.50 |
| SL | Stay Litigation [B140] | 4.60 | $4,345.00 |
|   |   | 61.10 | $48,161.50 |

Pachulski Stang Ziehl & Jones LLP						Page:     4
Apex Parks Group LLC						Invoice 126472
04420    -00001						October 31, 2020

## Summary of Expenses

| Description | Amount |
|---|---:|
| Conference Call [E105] | $22.50 |
| Federal Express [E108] | $119.00 |
| Fax Transmittal [E104] | $38.25 |
| Lexis/Nexis- Legal Research [E | $17.80 |
| Pacer - Court Research | $146.90 |
| Postage [E108] | $11.80 |
| Reproduction Expense [E101] | $28.20 |
| Reproduction/ Scan Copy | $321.70 |
| | $706.15 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:    5  
Invoice 126472  
October 31, 2020

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | | |
| 10/09/2020 | DMB | AD | | Corr with Paladin re post closing issues | 0.20 | 1075.00 | $215.00 |
| 10/09/2020 | RJG | AD | | Respond to question about characterization under Asset Purchase Agreement of class action claims. | 0.50 | 1125.00 | $562.50 |
| | | | | | 0.70 | | $777.50 |
| **Bankruptcy Litigation [L430]** | | | | | | | |
| 10/02/2020 | PEC | BL | | Draft Agenda for 10/8/20 Hearing | 0.50 | 425.00 | $212.50 |
| 10/02/2020 | TPC | BL | | Review agenda for upcoming hearing | 0.30 | 775.00 | $232.50 |
| 10/05/2020 | PEC | BL | | Revise and review Agenda for 10/8/20 Hearing | 0.30 | 425.00 | $127.50 |
| 10/05/2020 | PEC | BL | | Correspond with chambers to obtain zoom instructions for the 10/8/20 Hearing | 0.10 | 425.00 | $42.50 |
| 10/05/2020 | TPC | BL | | Various issues to prepare for upcoming hearing | 0.20 | 775.00 | $155.00 |
| 10/06/2020 | PEC | BL | | Revise and review Notice of Agenda for 10/8/20 Hearing | 0.80 | 425.00 | $340.00 |
| 10/06/2020 | PEC | BL | | File and serve Notice of Agenda for 10/8/20 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 425.00 | $212.50 |
| 10/06/2020 | PEC | BL | | Review 10/8/20 Hearing Binder | 0.30 | 425.00 | $127.50 |
| 10/06/2020 | TPC | BL | | Review and revise agenda for filing | 0.20 | 775.00 | $155.00 |
| 10/07/2020 | DMB | BL | | Follow up call with LDJ re case closure issues | 0.30 | 1075.00 | $322.50 |
| 10/07/2020 | LDJ | BL | | Teleconference with Paladin, PSZJ re: next steps | 0.50 | 1295.00 | $647.50 |
| 10/07/2020 | LDJ | BL | | Review case closure issues, precedent | 1.40 | 1295.00 | $1,813.00 |
| 10/07/2020 | PEC | BL | | Coordinate Courtcall setups for 10/8/20 Hearing | 0.20 | 425.00 | $85.00 |
| 10/07/2020 | KSN | BL | | Prepare hearing binder for 10/8/20 hearing. | 0.20 | 350.00 | $70.00 |
| 10/07/2020 | TPC | BL | | Correspond with court and team re hearing status | 0.40 | 775.00 | $310.00 |
| 10/07/2020 | TPC | BL | | Review and file amended agenda | 0.20 | 775.00 | $155.00 |
| 10/08/2020 | DMB | BL | | Review materials from Paladin re potential dismissal | 0.40 | 1075.00 | $430.00 |
| 10/11/2020 | LDJ | BL | | Review Paladin case status information, going forward issues | 0.80 | 1295.00 | $1,036.00 |
| 10/12/2020 | DMB | BL | | Prep for Paladin call re case next steps | 0.20 | 1075.00 | $215.00 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:     6  
Invoice 126472  
October 31, 2020

|            |     |    |                                                                                 | Hours | Rate    | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------|-------|---------|------------|
| 10/12/2020 | DMB | BL | Attend Paladin call re case next steps                                          | 0.40  | 1075.00 | $430.00    |
| 10/12/2020 | DMB | BL | Review materials from Paladin re case closure issues                            | 0.30  | 1075.00 | $322.50    |
| 10/12/2020 | LDJ | BL | Correspondence with Lauren Schlussel re: case status                            | 0.10  | 1295.00 | $129.50    |
| 10/12/2020 | LDJ | BL | Correspondence with Kirkland re: case closing                                   | 0.20  | 1295.00 | $259.00    |
| 10/12/2020 | LDJ | BL | Teleconference with Paladin, PSZJ re: case closing                              | 0.40  | 1295.00 | $518.00    |
| 10/15/2020 | DMB | BL | Call with LDJ re go forward issues/bar date                                     | 0.30  | 1075.00 | $322.50    |
| 10/16/2020 | DMB | BL | Call with Paladin re case closing costs                                         | 0.30  | 1075.00 | $322.50    |
| 10/16/2020 | DMB | BL | Corr with LDJ, Paladin re case closing costs                                    | 0.30  | 1075.00 | $322.50    |
| 10/16/2020 | DMB | BL | Follow up call with LDJ re case closing costs                                   | 0.20  | 1075.00 | $215.00    |
| 10/16/2020 | LDJ | BL | Teleconference with Paladin, PSZJ re: case exit, pending issues                 | 0.30  | 1295.00 | $388.50    |
| 10/20/2020 | DMB | BL | Corr with LDJ, Paladin re case closure                                          | 0.30  | 1075.00 | $322.50    |
| 10/22/2020 | DMB | BL | Call with LDJ re potential conversion                                           | 0.20  | 1075.00 | $215.00    |
| 10/23/2020 | DMB | BL | Corr with LDJ re potential conversion                                           | 0.30  | 1075.00 | $322.50    |
| 10/23/2020 | LDJ | BL | Work on case exit scheduling, analysis                                          | 1.20  | 1295.00 | $1,554.00  |
|            |     |    |                                                                                 | **12.60** |     | **$12,333.00** |

### Case Administration [B110]

|            |     |    |                                                                                            | Hours | Rate   | Amount  |
|------------|-----|----|--------------------------------------------------------------------------------------------|-------|--------|---------|
| 10/01/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties           | 0.20  | 425.00 | $85.00  |
| 10/01/2020 | PEC | CA | Update critical dates                                                                      | 0.50  | 425.00 | $212.50 |
| 10/01/2020 | PEC | CA | Review and revise 2002 service lists                                                       | 0.40  | 425.00 | $170.00 |
| 10/01/2020 | KSN | CA | Maintain document control.                                                                 | 0.10  | 350.00 | $35.00  |
| 10/01/2020 | BMK | CA | Prepared daily memo narrative and coordinated client distribution.                         | 0.10  | 350.00 | $35.00  |
| 10/02/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties           | 0.20  | 425.00 | $85.00  |
| 10/02/2020 | PEC | CA | Update critical dates                                                                      | 0.20  | 425.00 | $85.00  |
| 10/02/2020 | KSN | CA | Maintain document control.                                                                 | 0.10  | 350.00 | $35.00  |
| 10/05/2020 | PEC | CA | Review daily correspondence and pleadings and                                              | 0.20  | 425.00 | $85.00  |

Pachulski Stang Ziehl & Jones LLP                                                                  Page:     7
Apex Parks Group LLC                                                                               Invoice 126472
04420    -00001                                                                                    October 31, 2020

|            |      |    |                                                                              | Hours | Rate   | Amount   |
|------------|------|----|------------------------------------------------------------------------------|-------|--------|----------|
|            |      |    | forward to the appropriate parties                                           |       |        |          |
| 10/05/2020 | PEC  | CA | Update critical dates                                                        | 0.30  | 425.00 | $127.50  |
| 10/06/2020 | PEC  | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20  | 425.00 | $85.00   |
| 10/06/2020 | PEC  | CA | Update critical dates                                                        | 0.40  | 425.00 | $170.00  |
| 10/06/2020 | PEC  | CA | Coordinate 2002 Service List updates                                         | 0.30  | 425.00 | $127.50  |
| 10/06/2020 | BMK  | CA | Prepared daily memo narrative and coordinated client distribution.           | 0.10  | 350.00 | $35.00   |
| 10/07/2020 | PEC  | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20  | 425.00 | $85.00   |
| 10/07/2020 | PEC  | CA | Update critical dates                                                        | 0.30  | 425.00 | $127.50  |
| 10/07/2020 | KSN  | CA | Maintain document control.                                                   | 0.10  | 350.00 | $35.00   |
| 10/07/2020 | BMK  | CA | Prepared daily memo narrative and coordinated client distribution.           | 0.10  | 350.00 | $35.00   |
| 10/08/2020 | PEC  | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20  | 425.00 | $85.00   |
| 10/08/2020 | PEC  | CA | Update critical dates                                                        | 0.50  | 425.00 | $212.50  |
| 10/08/2020 | CJB  | CA | Maintain document control.                                                   | 0.20  | 350.00 | $70.00   |
| 10/08/2020 | KSN  | CA | Maintain document control.                                                   | 0.10  | 350.00 | $35.00   |
| 10/08/2020 | BMK  | CA | Prepared daily memo narrative and coordinated client distribution.           | 0.10  | 350.00 | $35.00   |
| 10/09/2020 | PEC  | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20  | 425.00 | $85.00   |
| 10/09/2020 | BMK  | CA | Prepared daily memo narrative and coordinated client distribution.           | 0.10  | 350.00 | $35.00   |
| 10/12/2020 | PEC  | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20  | 425.00 | $85.00   |
| 10/12/2020 | PEC  | CA | Update critical dates                                                        | 0.30  | 425.00 | $127.50  |
| 10/12/2020 | KSN  | CA | Maintain document control.                                                   | 0.10  | 350.00 | $35.00   |
| 10/13/2020 | PEC  | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20  | 425.00 | $85.00   |
| 10/13/2020 | PEC  | CA | Update critical dates                                                        | 0.30  | 425.00 | $127.50  |
| 10/13/2020 | BMK  | CA | Prepared daily memo narrative and coordinated          | 0.10  | 350.00 | $35.00   |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420    -00001  

Page:    8  
Invoice 126472  
October 31, 2020  

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| | | | client distribution. | | | |
| 10/14/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/14/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/15/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/15/2020 | PEC | CA | Update critical dates | 0.50 | 425.00 | $212.50 |
| 10/15/2020 | KSN | CA | Maintain document control. | 0.30 | 350.00 | $105.00 |
| 10/15/2020 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 350.00 | $35.00 |
| 10/16/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/16/2020 | PEC | CA | Update critical dates | 0.20 | 425.00 | $85.00 |
| 10/16/2020 | SLP | CA | Maintain document control. | 0.20 | 350.00 | $70.00 |
| 10/16/2020 | CJB | CA | Maintain document control. | 0.30 | 350.00 | $105.00 |
| 10/19/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/19/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/20/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/20/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/20/2020 | SLP | CA | Maintain document control. | 0.20 | 350.00 | $70.00 |
| 10/20/2020 | CJB | CA | Maintain document control. | 0.10 | 350.00 | $35.00 |
| 10/20/2020 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 350.00 | $35.00 |
| 10/21/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/21/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/21/2020 | SLP | CA | Maintain document control. | 0.20 | 350.00 | $70.00 |
| 10/22/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/22/2020 | PEC | CA | Update critical dates | 0.40 | 425.00 | $170.00 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001  

Page:     9  
Invoice 126472  
October 31, 2020  

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/23/2020 | PEC | CA | Update critical dates | 0.20 | 425.00 | $85.00 |
| 10/26/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/26/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/27/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/27/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/28/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/28/2020 | PEC | CA | Update critical dates | 0.30 | 425.00 | $127.50 |
| 10/29/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/29/2020 | PEC | CA | Update critical dates | 0.50 | 425.00 | $212.50 |
| 10/29/2020 | KSN | CA | Maintain document control. | 0.10 | 350.00 | $35.00 |
| 10/29/2020 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 350.00 | $35.00 |
| 10/30/2020 | PEC | CA | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 425.00 | $85.00 |
| 10/30/2020 | PEC | CA | Update critical dates | 0.20 | 425.00 | $85.00 |
| 10/30/2020 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 350.00 | $35.00 |
|  |  |  |  | **15.10** |  | **$6,185.00** |

**Claims Admin/Objections[B310]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2020 | DMB | CO | Corr with Paladin re potential bar date | 0.20 | 1075.00 | $215.00 |
| 10/15/2020 | DMB | CO | Review corr re admin claims | 0.20 | 1075.00 | $215.00 |
| 10/15/2020 | DMB | CO | Corr re potential bar date | 0.10 | 1075.00 | $107.50 |
|  |  |  |  | **0.50** |  | **$537.50** |

**Compensation Prof. [B160]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2020 | PEC | CP | Draft Certificate of No Objection Regarding PSZJ | 0.50 | 425.00 | $212.50 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001  

Page:    10  
Invoice 126472  
October 31, 2020  

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | May 2020 Monthly Fee Application (.3); Prepare for filing (.2) |  |  |  |
| 10/12/2020 | CAK | CP | Review and update June bill | 0.30 | 395.00 | $118.50 |
| 10/12/2020 | CAK | CP | Review and update June fee application | 0.50 | 395.00 | $197.50 |
| 10/12/2020 | LDJ | CP | Review and finalize interim fee application (June 2020) | 0.40 | 1295.00 | $518.00 |
| 10/12/2020 | PEC | CP | Draft Notice of PSZJ June 2020 Monthly Fee Application and Certificate of Service (.2); Prepare for filing and service (.2) | 0.40 | 425.00 | $170.00 |
| 10/13/2020 | CAK | CP | Review and update 1st Quarterly fee application | 0.50 | 395.00 | $197.50 |
| 10/13/2020 | CAK | CP | Update spreadsheet in preparation of 1st Quarterly fee application | 0.50 | 395.00 | $197.50 |
| 10/13/2020 | CAK | CP | Draft UST Exhibits to 1st Quarterly fee application | 1.00 | 395.00 | $395.00 |
| 10/13/2020 | CAK | CP | Coordinate obtaining ledes format of June bill and posting same. Email ledes and pdf of June fee application to UST. | 0.20 | 395.00 | $79.00 |
| 10/14/2020 | CAK | CP | Edit 1st Quarterly fee application; update UST exhibits with budget information | 0.40 | 395.00 | $158.00 |
| 10/14/2020 | LDJ | CP | Review and finalize third quarterly fee application | 0.30 | 1295.00 | $388.50 |
| 10/14/2020 | PEC | CP | Draft of PSZ&J LLP's First Quarterly Fee Application and Certificates of Service (.4); Prepare Email Service List (.3); Prepare for filing and service (.2) | 0.90 | 425.00 | $382.50 |
| 10/14/2020 | WLR | CP | Prepare July 2020 fee application | 0.80 | 775.00 | $620.00 |
| 10/18/2020 | WLR | CP | Draft July 2020 fee application | 1.30 | 775.00 | $1,007.50 |
| 10/19/2020 | WLR | CP | Review and revise July 2020 fee application | 1.10 | 775.00 | $852.50 |
| 10/19/2020 | MBL | CP | Attention prof fee budgets; emails with team re same. | 0.30 | 950.00 | $285.00 |
| 10/20/2020 | WLR | CP | Review and revise 2nd quarterly fee application | 0.90 | 775.00 | $697.50 |
|  |  |  |  | **10.30** |  | **$6,477.00** |

**Comp. of Prof./Others**

| 10/01/2020 | PEC | CPO | Revise and review Index to First Quarterly Fee Binder | 0.30 | 425.00 | $127.50 |
|---|---|---|---|---|---|---|
| 10/01/2020 | PEC | CPO | Review First Quarterly Fee Binders and submit to | 0.30 | 425.00 | $127.50 |

Pachulski Stang Ziehl & Jones LLP  Page:    11
Apex Parks Group LLC  Invoice 126472
04420    -00001  October 31, 2020

|            |     |     |                                                                                                                                                                | Hours | Rate    | Amount     |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|------------|
|            |     |     | chambers                                                                                                                                                       |       |         |            |
| 10/01/2020 | PEC | CPO | Draft Certificate of No Objection and Proposed Order Approving First Quarterly Fee Applications (.4); Revise and review (.2)                                   | 0.60  | 425.00  | $255.00    |
| 10/01/2020 | TPC | CPO | Correspond with professionals and team re: fee hearing issues                                                                                                  | 0.30  | 775.00  | $232.50    |
| 10/01/2020 | TPC | CPO | Review materials sent to chambers re fee hearing                                                                                                               | 0.10  | 775.00  | $77.50     |
| 10/05/2020 | PEC | CPO | Revise and review Proposed First Quarterly Fee Order to include comments received from various professionals                                                   | 0.20  | 425.00  | $85.00     |
| 10/07/2020 | PEC | CPO | Draft Notice of Withdrawal of Cert of Counsel Regarding First Quarterly Fees (.1); Prepare for filing (.1)                                                     | 0.20  | 425.00  | $85.00     |
| 10/07/2020 | PEC | CPO | Revise and review Certification of Counsel and Proposed Order Approving First Quarterly Fee Applications to include Kelley Drye comments (.3); Prepare for filing and service (.2) | 0.50  | 425.00  | $212.50    |
| 10/07/2020 | TPC | CPO | Several emails with Committee professionals re fee hearing issues                                                                                              | 0.40  | 775.00  | $310.00    |
| 10/07/2020 | TPC | CPO | Work with team re prepare fee order                                                                                                                            | 0.20  | 775.00  | $155.00    |
| 10/19/2020 | PEC | CPO | Draft Notice Regarding Paladin September 2020 Staffing Report and Certificate of Service (.2); Prepare for filing and service (.2)                             | 0.40  | 425.00  | $170.00    |
| 10/19/2020 | TPC | CPO | Review and file Paladin application for September                                                                                                              | 0.30  | 775.00  | $232.50    |
|            |     |     |                                                                                                                                                                | 3.80  |         | $2,070.00  |

### General Business Advice [B410]

|            |     |    |                                                                                     | Hours | Rate    | Amount     |
|------------|-----|----|-------------------------------------------------------------------------------------|-------|---------|------------|
| 10/01/2020 | DMB | GB | Call with LDJ re board call                                                         | 0.10  | 1075.00 | $107.50    |
| 10/01/2020 | LDJ | GB | Teleconference with Scott Avila, David Bertenthal re: Board meeting preparation     | 0.40  | 1295.00 | $518.00    |
| 10/02/2020 | DMB | GB | Prep for board call                                                                 | 0.30  | 1075.00 | $322.50    |
| 10/02/2020 | DMB | GB | Attend board call                                                                   | 1.50  | 1075.00 | $1,612.50  |
| 10/02/2020 | DMB | GB | Follow up call with S Avila re board call                                           | 0.20  | 1075.00 | $215.00    |
| 10/02/2020 | LDJ | GB | Attend Board meeting                                                                | 1.50  | 1295.00 | $1,942.50  |
| 10/02/2020 | LDJ | GB | Teleconference with Scott Avila, David Bertenthal re: Board meeting                 | 0.20  | 1295.00 | $259.00    |

Case 20-10910-CSS    Doc 480-2    Filed 11/23/20    Page 13 of 20

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:   12  
Invoice 126472  
October 31, 2020

|            |     |    |                                                                      | Hours | Rate    | Amount     |
|------------|-----|----|----------------------------------------------------------------------|-------|---------|------------|
| 10/06/2020 | DMB | GB | Call with Paladin re board meeting                                   | 0.50  | 1075.00 | $537.50    |
| 10/06/2020 | DMB | GB | Follow up call with S Avila re board meeting issues                  | 0.40  | 1075.00 | $430.00    |
| 10/06/2020 | DMB | GB | Corr re board call                                                   | 0.10  | 1075.00 | $107.50    |
| 10/06/2020 | LDJ | GB | Teleconference with Paladin, PSZJ re: Board meeting                  | 0.50  | 1295.00 | $647.50    |
| 10/07/2020 | DMB | GB | Prep for board call                                                  | 0.40  | 1075.00 | $430.00    |
| 10/07/2020 | DMB | GB | Attend board call                                                    | 0.50  | 1075.00 | $537.50    |
| 10/07/2020 | DMB | GB | Follow up calls with LDJ, Paladin re board go forward issues         | 0.50  | 1075.00 | $537.50    |
| 10/07/2020 | LDJ | GB | Correspondence with Lauren Schlussel re: Board meeting               | 0.10  | 1295.00 | $129.50    |
| 10/07/2020 | LDJ | GB | Attend Board meeting                                                 | 0.50  | 1295.00 | $647.50    |
| 10/11/2020 | DMB | GB | Review corr re board information requests and corr to LDJ            | 0.40  | 1075.00 | $430.00    |
| 10/11/2020 | DMB | GB | Review follow up board corr                                          | 0.30  | 1075.00 | $322.50    |
| 10/14/2020 | DMB | GB | Call with Paladin re case closure/board presentation issues          | 0.70  | 1075.00 | $752.50    |
| 10/20/2020 | DMB | GB | Prep for .4 and attend .6 board call                                 | 1.00  | 1075.00 | $1,075.00  |
| 10/20/2020 | DMB | GB | Follow up call with LDJ re board call                                | 0.20  | 1075.00 | $215.00    |
| 10/20/2020 | LDJ | GB | Attend Board meeting                                                 | 0.60  | 1295.00 | $777.00    |
| 10/20/2020 | LDJ | GB | Follow-up call with Paladin, PSZJ                                    | 0.40  | 1295.00 | $518.00    |
| 10/28/2020 | DMB | GB | Follow up call with LDJ re board issues; Protective                  | 0.30  | 1075.00 | $322.50    |
|            |     |    |                                                                      | 11.60 |         | $13,394.00 |

### Litigation (Non-Bankruptcy)

|            |     |    |                                                              | Hours | Rate    | Amount  |
|------------|-----|----|--------------------------------------------------------------|-------|---------|---------|
| 10/22/2020 | DMB | LN | Corr with LDJ, McKool re Protective                          | 0.30  | 1075.00 | $322.50 |
| 10/23/2020 | DMB | LN | Internal corr re Protective                                  | 0.20  | 1075.00 | $215.00 |
| 10/26/2020 | DMB | LN | Call with McKool re Protective                               | 0.50  | 1075.00 | $537.50 |
| 10/26/2020 | DMB | LN | Follow up calls with LDJ .1 and Avila .2 re Protective       | 0.30  | 1075.00 | $322.50 |
| 10/26/2020 | DMB | LN | Follow up review re Protective materials                     | 0.60  | 1075.00 | $645.00 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:    13  
Invoice 126472  
October 31, 2020

|  |  |  |  | 1.90 |  | $2,042.50 |
|---|---|---|---|---|---|---|

**Stay Litigation [B140]**

| Date | Atty | Task |  Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2020 | TPC | SL | Correspond with movants re stay relief motion | 0.40 | 775.00 | $310.00 |
| 10/02/2020 | TPC | SL | Correspond with movants re negotiate settlement to request for relief from stay | 0.30 | 775.00 | $232.50 |
| 10/05/2020 | TPC | SL | Correspond with movant re resolve stay relief issues | 0.20 | 775.00 | $155.00 |
| 10/06/2020 | TPC | SL | Review stipulation and correspond with third party re negotiate relief from stay | 0.50 | 775.00 | $387.50 |
| 10/12/2020 | TPC | SL | Correspond with movant and insurers re response to requests related to stay relief | 0.40 | 775.00 | $310.00 |
| 10/13/2020 | TPC | SL | Correspond with insurers re stay relief issues | 0.20 | 775.00 | $155.00 |
| 10/21/2020 | TPC | SL | Review complaint and correspond with counsel to PI plaitniff re relief from stay issues | 0.50 | 775.00 | $387.50 |
| 10/21/2020 | TPC | SL | Correspond with insurers re relief from stay issues | 0.20 | 775.00 | $155.00 |
| 10/23/2020 | LDJ | SL | Review Protective litigation issues | 0.80 | 1295.00 | $1,036.00 |
| 10/26/2020 | LDJ | SL | Teleconference with McKool, PSZJ re: Protective | 0.50 | 1295.00 | $647.50 |
| 10/26/2020 | LDJ | SL | Teleconference with Paladin, PSZJ re: Protective litigation | 0.20 | 1295.00 | $259.00 |
| 10/29/2020 | TPC | SL | Respond to movants re requests for relief from stay | 0.40 | 775.00 | $310.00 |
|  |  |  |  | 4.60 |  | $4,345.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                $48,161.50

Pachulski Stang Ziehl & Jones LLP       Page:   14
Apex Parks Group LLC                    Invoice 126472
04420   -00001                          October 31, 2020

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/01/2020 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/02/2020 | PO | 04420.00001 :Postage Charges for 10-02-20 | 4.80 |
| 10/02/2020 | PO | 04420.00001 :Postage Charges for 10-02-20 | 1.40 |
| 10/02/2020 | PO | 04420.00001 :Postage Charges for 10-02-20 | 5.60 |
| 10/05/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/05/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/06/2020 | FE | 04420.00001 FedEx Charges for 10-06-20 | 9.94 |
| 10/06/2020 | FE | 04420.00001 FedEx Charges for 10-06-20 | 19.16 |
| 10/06/2020 | FE | 04420.00001 FedEx Charges for 10-06-20 | 11.96 |
| 10/06/2020 | FE | 04420.00001 FedEx Charges for 10-06-20 | 26.94 |
| 10/06/2020 | FX | 04420.00001 Fax Pages for 10-06-20 | 2.75 |
| 10/06/2020 | FX | 04420.00001 Fax Pages for 10-06-20 | 2.75 |
| 10/06/2020 | FX | 04420.00001 Fax Pages for 10-06-20 | 2.75 |
| 10/06/2020 | FX | 04420.00001 Fax Pages for 10-06-20 | 2.75 |
| 10/06/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE | ( 84 @0.10 PER PG) | 8.40 |
| 10/06/2020 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE | ( 36 @0.10 PER PG) | 3.60 |
| 10/06/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/06/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/06/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/06/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:    15  
Invoice 126472  
October 31, 2020

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/06/2020 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/06/2020 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/06/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/06/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/06/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/06/2020 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/07/2020 | FE | 04420.00001 FedEx Charges for 10-07-20 | 9.94 |
| 10/07/2020 | FE | 04420.00001 FedEx Charges for 10-07-20 | 9.94 |
| 10/07/2020 | FE | 04420.00001 FedEx Charges for 10-07-20 | 19.16 |
| 10/07/2020 | FE | 04420.00001 FedEx Charges for 10-07-20 | 11.96 |
| 10/07/2020 | FX | 04420.00001 Fax Pages for 10-07-20 | 2.75 |
| 10/07/2020 | FX | 04420.00001 Fax Pages for 10-07-20 | 2.75 |
| 10/07/2020 | FX | 04420.00001 Fax Pages for 10-07-20 | 2.75 |
| 10/07/2020 | LN | 04420.00001 Lexis Charges for 10-07-20 | 17.80 |
| 10/07/2020 | RE | ( 36 @0.10 PER PG) | 3.60 |
| 10/07/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/07/2020 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/07/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:   16  
Invoice 126472  
October 31, 2020

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/07/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/07/2020 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/07/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/07/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/07/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2020 | CC | Conference Call [E105] CourtCall Debit Ledger for 10/01/2020 through 10/31/2020, LDJ | 22.50 |
| 10/08/2020 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 10/08/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/08/2020 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 10/08/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/08/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/08/2020 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 10/08/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/08/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/09/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/09/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/09/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/12/2020 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 10/12/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/12/2020 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 10/12/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/13/2020 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 10/13/2020 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 10/13/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/13/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/13/2020 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 10/13/2020 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 10/13/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |

Pachulski Stang Ziehl & Jones LLP                                                                Page:    17
Apex Parks Group LLC                                                                             Invoice 126472
04420    -00001                                                                                  October 31, 2020

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/13/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/13/2020 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 10/13/2020 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 10/13/2020 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |
| 10/13/2020 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 10/14/2020 | FX | 04420.00001 Fax Pages for 10-14-20 | 1.25 |
| 10/14/2020 | FX | 04420.00001 Fax Pages for 10-14-20 | 1.25 |
| 10/14/2020 | FX | 04420.00001 Fax Pages for 10-14-20 | 1.25 |
| 10/14/2020 | FX | 04420.00001 Fax Pages for 10-14-20 | 1.25 |
| 10/14/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/14/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/14/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/14/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/14/2020 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/14/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/15/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/15/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/15/2020 | RE2 | SCAN/COPY ( 246 @0.10 PER PG) | 24.60 |
| 10/15/2020 | RE2 | SCAN/COPY ( 247 @0.10 PER PG) | 24.70 |
| 10/15/2020 | RE2 | SCAN/COPY ( 247 @0.10 PER PG) | 24.70 |
| 10/15/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/15/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/15/2020 | RE2 | SCAN/COPY ( 246 @0.10 PER PG) | 24.60 |
| 10/15/2020 | RE2 | SCAN/COPY ( 247 @0.10 PER PG) | 24.70 |
| 10/15/2020 | RE2 | SCAN/COPY ( 247 @0.10 PER PG) | 24.70 |
| 10/19/2020 | FX | 04420.00001 Fax Pages for 10-19-20 | 3.50 |
| 10/19/2020 | FX | 04420.00001 Fax Pages for 10-19-20 | 3.50 |
| 10/19/2020 | FX | 04420.00001 Fax Pages for 10-19-20 | 3.50 |
| 10/19/2020 | FX | 04420.00001 Fax Pages for 10-19-20 | 3.50 |
| 10/19/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/19/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/19/2020 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 10/19/2020 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 10/19/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |


Pachulski Stang Ziehl & Jones LLP  
Apex Parks Group LLC  
04420   -00001

Page:    18  
Invoice 126472  
October 31, 2020

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/19/2020 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 10/19/2020 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 10/20/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/20/2020 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 10/20/2020 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 10/22/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/22/2020 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/29/2020 | RE | ( 29 @0.10 PER PG) | 2.90 |
| 10/29/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/29/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/29/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/29/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/29/2020 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/29/2020 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/29/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/29/2020 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 10/30/2020 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/30/2020 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/30/2020 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/31/2020 | PAC | Pacer - Court Research | 146.90 |

**Total Expenses for this Matter**     **$706.15**

Pachulski Stang Ziehl & Jones LLP
Apex Parks Group LLC
04420   -00001

Page:   19
Invoice 126472
October 31, 2020

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    10/31/2020

| | |
|---|---:|
| **Total Fees** | $48,161.50 |
| **Total Expenses** | 706.15 |
| **Total Due on Current Invoice** | $48,867.65 |

   Outstanding Balance from prior invoices as of    10/31/2020        (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 125762 | 05/31/2020 | $329,884.50 | $3,361.31 | $17,727.00 |
| 125984 | 06/30/2020 | $104,425.00 | $3,882.62 | $108,307.62 |
| 126317 | 07/31/2020 | $88,441.00 | $464.27 | $88,905.27 |
| 126466 | 08/31/2020 | $33,871.00 | $371.90 | $34,242.90 |
| 126471 | 09/30/2020 | $70,471.00 | $826.20 | $71,297.20 |

**Total Amount Due on Current and Prior Invoices:**    **$369,347.64**