**Exhibit "D"**

**(Alabama Supreme Court Judgment)**

{05754155.1}

# IN THE SUPREME COURT OF ALABAMA



**October 6, 2020**

**1180508**     Protective Life Insurance Company v. Apex Parks Group, LLC  (Appeal from Jefferson Circuit Court: CV-17-165).

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on September 18, 2020:

**Reversed And Judgment Rendered.**  Mendheim, J. - Bolin, Wise, Bryan, Sellers, and Stewart, JJ., concur.  Parker, C.J., dissents.  Mitchell, J., recuses himself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date.  IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

**I, Julia J. Weller, as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true, and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.**
**Witness my hand this 6th day of October, 2020.**

*Julia Jordan Weller*
Clerk, Supreme Court of Alabama