# EXHIBIT A

EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy* | BLENDED HOURLY RATE BILLED In this fee application |
|---|---|---|
| Sr./Equity Partner/Shareholder | $1,025.00 | $1,031.72 |
| Of Counsel | $825.00 | $1,021.18 |
| Associate (4-6 years since first admission) | $675.00 | $0.00 |
| Law Library Director | $450.00 | $0.00 |
| Paralegal | $450.00 | $422.35 |
| Case Management Assistants | $300.00 | $350.00 |
| All timekeepers aggregated | $850.00** | $903.57 |

\* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2018, non-estate work represented approximately 4-5% of the Firm's revenues, and in 2019, non-estate work represented approximately 4-5% of the Firm's revenues. It is expected that non-estate work in 2020 will represent approximately 5-7% of the Firm's revenues.

\*\*Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name: TZEW Holdco LLC

Case Number: 20-10910 (CSS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 01/20/2021

Interim or Final: Final