# EXHIBIT B

EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Laura Davis Jones | Partner | Bankruptcy | 1986 | $380,989.00 | 294.20 | $1,295.00 | $1,295.00 | 0 |
| David J. Barton | Partner | Bankruptcy | 1981 | $6,214.00 | 5.20 | $1,295.00 | $1,195.00 | 0 |
| Alan J. Kornfeld | Partner | Bankruptcy | 1987 | $12,137.00 | 10.60 | $1,195.00 | $1,145.00 | 0 |
| Richard J. Gruber | Partner | Bankruptcy | 1982 | $105,525.00 | 93.80 | $1,145.00 | $1,125.00 | 0 |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | $183,502.50 | 170.70 | $1,125.00 | $1,075.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | $49,305.00 | 51.90 | $1,075.00 | $950.00 | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | $48,655.00 | 52.60 | $950.00 | $925.00 | 0 |
| Joshua M. Fried | Partner | Bankruptcy | 1995 | $3,607.50 | 3.90 | $925.00 | $925.00 | 0 |
| Victoria A. Newmark | Of Counsel | Bankruptcy | 1996 | $28,397.50 | 30.70 | $925.00 | $925.00 | 0 |
| Jonathan J. Kim | Of Counsel | Bankruptcy | 1996 | $2,953.50 | 3.30 | $895.00 | $0.00 | 0 |
| Beth E. Levine | Of Counsel | Bankruptcy | 1992 | $1,320.00 | 1.60 | $825.00 | $0.00 | 0 |
| Nina L. Hong | Partner | Bankruptcy | 1996 | $6,360.00 | 8.00 | $795.00 | $795.00 | 0 |

Case Name:        TZEW Holdco LLP
Case Number:      20-10910 (CSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/20/2021
Interim or Final: Final
UST Form 11-330-B (2013)

EXHIBIT B (Continued)

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Timothy P. Cairns | Partner | Bankruptcy | 2002 | $225,602.50 | 291.10 | $775.00 | $775.00 | 0 |
| Delete | William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | $19,065.00 | 24.60 | $775.00 | $0.00 | 0 |
| Delete | Patricia E. Cuniff | Paralegal | Bankruptcy | | $72,845.00 | 171.40 | $425.00 | $425.00 | 0 |
| Delete | Karina K. Yee | Paralegal | Bankruptcy | | $2,550.00 | 6.00 | $425.00 | $425.00 | 0 |
| Delete | Elizabeth C. Thomas | Paralegal | Bankruptcy | | $382.50 | 0.90 | $425.00 | $425.00 | 0 |
| Delete | Cheryl A. Knotts | Paralegal | Bankruptcy | | $6,833.50 | 17.30 | $395.00 | $0.00 | 0 |
| Delete | Charles J. Bouzoukis | Case Management Assistant | Bankruptcy | | $7,840.00 | 22.40 | $350.00 | $350.00 | 0 |
| Delete | Andrea R. Paul | Case Management Assistant | Bankruptcy | | $385.00 | 1.10 | $350.00 | $350.00 | 0 |
| Delete | Sheryle L. Pitman | Case Management Assistant | Bankruptcy | | $2,975.00 | 8.50 | $350.00 | $350.00 | 0 |

Case Name:          TZEW Holdco LLP
Case Number:        20-10910 (CSS)
Applicant's Name:   Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/20/2021
Interim or Final:   Final

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Karen S. Neil | Case Management Assistant | Bankruptcy | | $7,945.00 | 22.70 | $ 350.00 | $ 350.00 | 0 |
| Delete | Beatrice M. Koveleski | Case Management Assistant | Bankruptcy | | $4,760.00 | 13.60 | $ 350.00 | $ 350.00 | 0 |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |

Case Name: TZEW Holdco LLP
Case Number: 20-10910 (CSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 01/20/2021
Interim or Final: Final

UST Form 11-330-B (2013)