PASSANISInvestigations

FILED

2021 JAN 21 AM 10: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
Not to be reproduced

January 11, 2021

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

      **Re:**      **TZEW Holdco LLC et al., Case No. 20-109-10 (CSS)**

Dear Gentlepersons:

This is our objection in response to the Notice of Debtors' Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code in the matter of **TZEW Holdco LLC et al., Case No. 20-109-10 (CSS)**.

We conducted work for Apex Parks Group in 2019-2020 and have yet to be paid for the work that we conducted. Please find attached our proof of claim and the invoices for work that we completed and have yet to be paid for. We are owed $1983.45 and object these cases being converted to Chapter 7, as that will delay or perhaps even void what we are owed.

Very truly yours,


Anthony J. Passanisi
Passanisi Investigations
AP/ro

**Attachments**

    *Proof of Claim*
    *Invoices for work completed by Passanisi Investigations, Inc. for Apex Parks Group, LLC*

SAN FRANCISCO: 4228 Eighteenth Street, San Francisco, CA 94114 . tel 415-703-9888 . fax 415-703-9892
SONOMA: 19201 Seventh Street East, Sonoma, CA 95476, CA 95476 . tel 707-938-9888 . fax 707-939-3488
LOS ANGELES: 7080 Hollywood Boulevard, Suite 1100, Los Angeles, CA 90028 . tel 800-566-9888
TOLL FREE: 800-566-9888 . WEB: www.passanisi.com . EMAIL: passinvest@msn.com . CA LICENSE PI 12206

**Fill in this information to identify the case**

Debtor 1: Passanisi Investigations, Inc.

Debtor 2: N/A
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number: 20-10910

Official Form 410

# Proof of Claim                                                                           04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Passanisi Investigations, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Passanisi Investigations, Inc.
Name

4228       18th Street
Number     Street

San Francisco           CA          94114
City                    State       ZIP Code

Contact phone (415) 703-9888

Contact email tony@passanisi.com

Where should payments to the creditor be sent? (if different)

Name _____

Number     Street _____

City       State       ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                                page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. Do you have any number you use to identify the debtor?

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?    $_____1,983.45. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Professional investigations of a personal injury claim

9. Is all or part of the claim secured?

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                       $_____
Amount of the claim that is secured:     $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No
☐ Yes. Identify the property: _____

Official Form 410                                      Proof of Claim                                      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/12/2020
                   MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name      Anthony            John              Passanisi
          First name         Middle name       Last name

Title     President / CEO

Company   Passanisi Investigations, Inc.
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   4228          18th Street
          Number        Street
          San Francisco                             CA        94114
          City                                      State     ZIP Code

Contact phone  (415) 703-9888                    Email  tony@passanisi.com

Official Form 410                    Proof of Claim                    page 3

# PASSANISI Investigations

# Invoice

Date: 11/1/2019
Invoice No: 067655

Julie Probst
Dwayne S. Beck & Associates, APC
6830 Palm Avenue
Riverside, CA 92506

RE: Mendoza vs. Apex Parks...
Claim No: 19CECL01258
Our File No: 19-P20769
DOI: 11/1/2019

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Investigation | October 29, 2019 | 0.5 | 85.00 | 42.50 |
| Transportation | October 29, 2019 | 0.7 | 85.00 | 59.50 |
| Mileage | October 29, 2019 | 23 | 0.65 | 14.95 |
| Database Searches | October 29, 2019 | 1 | 51.00 | 51.00 |
| DMV Fees | October 29, 2019 | 1 | 18.00 | 18.00 |
| ANI | October 29, 2019 | 2 | 15.00 | 30.00 |
| Plates | October 29, 2019 | 2 | 12.00 | 24.00 |
| Investigation | October 30, 2019 | 1.08 | 85.00 | 91.80 |
| Transportation | October 30, 2019 | 1.2 | 85.00 | 102.00 |
| Mileage | October 30, 2019 | 49 | 0.65 | 31.85 |
| Investigation | October 31, 2019 | 3 | 85.00 | 255.00 |
| Transportation | October 31, 2019 | 0.7 | 85.00 | 59.50 |
| Mileage | October 31, 2019 | 27 | 0.65 | 17.55 |
| Report Writing | October 31, 2019 | 1.5 | 85.00 | 127.50 |

Total Due     $925.15

NET DUE - 15 DAYS

**Submit Payment To:**
*San Francisco Office*

**Passanisi Investigations**
**4228 Eighteenth Street**
**San Francisco, CA 94114**

Please include the above invoice number
with your payment. Thank you.

**Balance Due     $925.15**

San Francisco · Sonoma · Los Angeles  |  800-566-9888 · passinvest@msn.com · passanisi.com
Employer ID: 94-3135405 | CA License PI 12206

# PASSANISI Investigations

# Invoice

Date: 12/2/2019
Invoice No: 067767

Julie Probst
Dwayne S. Beck & Associates, APC
6830 Palm Avenue
Riverside, CA 92506

RE: Mendoza vs. APEX Parks...
Claim No: 19CECL01258
Our File No: 19-P20769
DOI: 12/2/2019

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Investigation | November 20 - 23, 2019 | 3.2 | 85.00 | 272.00 |
| Transportation | November 23, 2019 | 2.2 | 85.00 | 187.00 |
| Mileage | November 23, 2019 | 122 | 0.65 | 79.30 |
| Report Writing | November 23 - 25, 2019 | 1 | 85.00 | 85.00 |

Total Due   $623.30

**Submit Payment To:**
*San Francisco Office*

NET DUE - 15 DAYS

**Passanisi Investigations
4228 Eighteenth Street
San Francisco, CA 94114**

Please include the above invoice number with your payment. Thank you.

**Balance Due   $623.30**

San Francisco · Sonoma · Los Angeles  |  800-566-9888 · passinvest@msn.com · passanisi.com
Employer ID: 94-3135405 | CA License PI 12206

**PASSANISI nvestigations**

# Invoice

Date: 12/27/2019
Invoice No: 067866

Julie Probst
Dwayne S. Beck & Associates, APC
6830 Palm Avenue
Riverside, CA 92506

RE: Mendoza vs. APEX Parks...
Claim No: 19CECL01258
Our File No: 19-P20769
DOI: 12/27/2019

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Investigation | December 19, 2019 | 0.98 | 85.00 | 83.30 |
| Database Searches | December 20, 2019 | 1 | 51.00 | 51.00 |

Total Due    $134.30

NET DUE - 15 DAYS

**Submit Payment To:**
*San Francisco Office*

Passanisi Investigations
4228 Eighteenth Street
San Francisco, CA 94114

Please include the above invoice number
with your payment. Thank you.

**Balance Due    $134.30**

San Francisco · Sonoma · Los Angeles  |  800-566-9888 · passinvest@msn.com · passanisi.com
Employer ID: 94-3135405 | CA License PI 12206

# PASSANISI Investigations

# Invoice

Date: 1/21/2020
Invoice No: 067957

Julie Probst
Dwayne S. Beck & Associates, APC
6830 Palm Avenue
Riverside, CA 92506

RE: Mendoza vs. APEX Parks...
Claim No: 19CECL01258
Our File No: 19-P20769
DOI: 1/21/2020

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Investigation | January 18, 2020 | 2.5 | 85.00 | 212.50 |
| Transportation | January 18, 2020 | 0.6 | 85.00 | 51.00 |
| Mileage | January 18, 2020 | 18 | 0.65 | 11.70 |
| Report Writing | January 18, 2020 | 0.3 | 85.00 | 25.50 |

Total Due    $300.70

**Submit Payment To:**
San Francisco Office

Passanisi Investigations
4228 Eighteenth Street
San Francisco, CA 94114

Please include the above invoice number with your payment. Thank you.

NET DUE - 15 DAYS

**Balance Due**    $300.70

San Francisco · Sonoma · Los Angeles | 800-566-9888 · passinvest@msn.com · passanisi.com
Employer ID: 94-3135405 | CA License PI 12206