**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| TZEW HOLDCO LLC, *et al.*,[1] ) | Case No. 20-10910 (CSS) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |
| ) | **Docket Ref. No. 510** |

Hearing Date: February 3, 2021 at 11:00 a.m. (ET)

**DEBTORS' PRELIMINARY RESPONSE TO MOTION OF PROTECTIVE LIFE INSURANCE COMPANY FOR AUTHORIZATION TO EXERCISE RECOUPMENT RIGHTS OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

In light of the pending *Debtors' Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code* [Docket No. 491] (the "Conversion Motion"), the above captioned debtors (the "Debtors") suggest that consideration of the *Motion of Protective Life Insurance Company for Authorization to Exercise Recoupment Rights or, in the Alternative, for Relief from the Automatic Stay to Exercise Setoff Rights* [Docket No. 510] (the "Stay Relief Motion") should be adjourned until the Conversion Motion is heard and a Chapter 7 trustee is appointed.

The Debtors reserve all rights on behalf of the estates to further respond to the Stay Relief Motion as appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PP Group, LLC (5579); PP Property Holdings, LLC (1013); PP Parks Beverage Company, LLC (2339); PP Parks Holdings, LLC (7913); PP Parks Management, LLC (2937); TZEW Holdco LLC (0252); TZEW Intermediate Corp. (1058). The location of the Debtors' service address in these chapter 11 cases is: c/o Paladin Management, 633 W. 5th Street, 28th Floor, Los Angeles, CA 90071.

DOCS_DE:232700.1

| | |
|---|---|
| Dated:  January 27, 2021 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>           dbertenthal@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>Counsel to the Debtors and Debtors in Possession |